SCHLEICHER, Appellant, v. JANDORF et al., Respondents. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by John Schleicher against Frederick Jandorf and others. Burnstine & Geist, of New York City, for appellant. E. P. Mowton, of New York City, for respondents.

No opinion. Judgment affirmed, with costs. Order filed.